El Pueblo de Puerto Rico, demandante y apelado, *v.* Claudio Guzmán, acusado y apelante.

No. 3337.—*Visto:* Enero 12, 1928. *Resuelto:* Marzo 30, 1928.

1. Armas—Armas Prohibidas—Navaja Barbera.—Una navaja barbera es un arma.

2. Armas—Portar Armas Prohibidas—Proceso y Castigo—Apelación—Revisión—Conclusión Sobre las Pruebas—Clase de Arma Portada.—Cuando la prueba es contradictoria en cuanto a la clase de arma portada por el acusado, la corte inferior decide el conflicto en su contra y no hay motivo para declarar errónea tal decisión, procede confirmar la sentencia.

3. Armas — Portar Armas Prohibidas — Proceso y Castigo — Evidencia—En General.—Cuando se acusa a una persona de portar una navaja barbera y los testigos de cargo se concretan a decir 'que el acusado portaba una navaja, sin manifestar que fuera barbera, esto no impide que una corte llegue a la conclusión que se portaba una navaja barbera.

Sentencia de *Angel Acosta Quintero,* J. (Ponce), condenando al acusado por delito de portar armas. *Confirmada.*

*Agustín E. Font,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

[1] Claudio Guzmán fué acusado de portar una navaja barbera en un baile y condenado por el delito de portar armas prohibidas interpuso esta apelación en la que alega como primer motivo de error que la acusación no le imputa el delito por el cual ha sido condenado porque una navaja barbera no es un arma. Esta cuestión ha sido resuelta por nosotros en contra de la contención del apelante en los casos de *El Pueblo* v. *Acevedo* y *El Pueblo* v. *Santiago,* 34 D.P.R. 460 y 801.

[2, 3] El otro motivo de error se funda en que la sentencia no está sostenida por la prueba porque de ésta no resulta que el apelante portara una navaja barbera.

Los testigos del fiscal declararon que estando bailando el acusado echó su pareja a un lado, metió la mano en un bolsillo trasero y sacó una navaja con la que hirió dos veces a Francisco González. El acusado negó en el juicio que portara una navaja pero admitió que tenía un cortaplumita, que fué lo que sacó; habiendo declarado un testigo suyo que vió al acusado un cortaplumas.

Como se ve esa prueba fué contradictoria en cuanto a la clase de arma portada por el apelante en el baile, conflicto que decidió la corte en contra del acusado sin que tengamos motivo para declarar que fuera errónea esa decisión; y si bien es cierto que los testigos de la acusación se concretaron a decir que era una navaja lo que portaba y no dijeron que era una navaja barbera, esto no impide que la corte y nosotros lleguemos a la conclusión de que portaba una navaja barbera, ya que uno de los significados de la palabra navaja, según el Diccionario de la Academia Española, es la de filo agudísimo, sin punta, hecho de acero muy templado, que puede girar libremente entre sus cachas y sirve para hacer la barba.

*La sentencia apelada debe ser confirmada.*

El Juez Asociado Señor Texidor no intervino.